UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| MOUNIR KUBLAWI, | ) | |
| | ) | |
| Plaintiff, | ) | 3:07-cv-00208-LRH-VPC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| DOUGLAS GALLASPIE, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#24) entered on June 2, 2009, in which the Magistrate Judge recommends that the Defendant's Motion to Dismiss (#19) be granted. No objections were filed. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#24); therefore, Defendant's motion to dismiss is granted. The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED this 22nd day of June, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE